FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

December 5, 2022

No. 04-22-00804-CR

Timothy Brant **PERKINS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 8, Bexar County, Texas
Trial Court No. CC693175
Honorable Brenda Chapman, Judge Presiding

# O R D E R

On November 30, 2022, the district clerk filed a portion of the clerk's record, which contains the trial court's certification, stating this "is a plea-bargain case, and the defendant has NO right of appeal." We therefore **ORDER** the district clerk to file, by **December 15, 2022**, an electronic clerk's record containing the following documents:

1.      All pre-trial orders and the related pre-trial motions;

2.      The Court Admonishments, the Waiver, Consent to Stipulation of Testimony and Stipulations, and all other documents relating to the defendant's plea bargain;

3.      The judgment;

4.      All post-judgment motions and orders;

5.      The notice of appeal;

6.      The Trial Court's Certification of Defendant's Right of Appeal; and

7.      The criminal docket sheet.

All other appellate deadlines are suspended pending further order of this court.

FILE COPY

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of December, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court